## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL WASGATT,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>GLENN T. SHAPIRO,<br>    Defendants. | Civil Action No. 4:20-cv-40118 |

## **PLAINTIFFS' MOTION TO AMEND COMPLAINT**

Plaintiff Paul Wasgatt respectfully requests leave to file a second amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. In support of this motion to amend the complaint, plaintiff submits a copy of the proposed Second Amended Complaint (Exhibit "A" attached to his memorandum of law) and his memorandum of law filed currently herewith.

**DATED: JANUARY 29, 2021**	**PLAINTIFF,**
	By his attorney,


	/s/ Timothy K. Cutler
	Timothy K. Cutler (BBO#636124)
	Connie C. Dai (BBO#683330)
	CUTLER & WILENSKY LLP
	460 Totten Pond Road, Suite 410
	Waltham, Massachusetts 02451
	(617) 232-7500 Telephone
	(617) 232-7560 Facsimile
	tim@cutlerlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above document was filed through the CM/ECF system and will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29 day of January 2021.

                                            /s/ Timothy K. Cutler
                                             Timothy K. Cutler