

**From:** Lian, Bob <blian@AKINGUMP.COM>
**Sent:** Friday, December 18, 2020 4:15 PM
**To:** Tim Cutler <tim@cutlerlegal.com>
**Cc:** Casaceli, Brian M. <bcasaceli@mirickoconnell.com>; Van Nostrand, Richard C. <rvannostrand@mirickoconnell.com>; Heise, Kate <kheise@akingump.com>
**Subject:** Your letter dated December 9, 2020

Timothy – We've not yet met before, but Kate and I are working with Brian and Rich on the Wasgatt matter for Allstate.

We've been in contact with Allstate to investigate the issues raised in your December 9, 2020 letter alleging misuse of Paul Wasgatt's name and likeness by Allstate.

There are a few additional details we need to confirm.  We expect to be able to provide a response to you before the Christmas holiday.

Thanks for your patience.

Sincerely,

Bob Lian

**Robert G. Lian Jr.**
**AKIN GUMP STRAUSS HAUER & FELD** LLP

2001 K Street N.W.  |  Washington, DC 20006  |  USA  |  Direct: +1 202.887.4358  |  Internal: 24358
Fax: +1 202.887.4288  |  blian@akingump.com  |  akingump.com  |  Bio

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.