UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL WASGATT,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and<br>GLENN T. SHAPIRO,<br>    Defendants. | Civil Action No. 4:20-cv-40118 |

### AFFIDAVIT OF PAUL WASGATT IN SUPPORT OF HIS
### MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER

I, Paul Wasgatt, do swear and depose as follows:

1. I grew up in the area of Worcester, Massachusetts and have worked in that area for the majority of my life.

2. My customers, as well as my potential customers, known me by name, face and reputation, and I have developed a well-known, positive reputation in and around Worcester, Massachusetts.

3. Since being terminated from Allstate, I have been running my own, independent insurance agency.

4. As part of my marketing and advertising of my current agency, I use my likeness and name, including pictures.

5. Following my termination of employment by Allstate, Allstate has misappropriated my picture and name in order to sell auto and homeowner's insurance policies of Allstate. In doing so, Allstate is sending e-mails with my likeness and/or name to my customers and potential customers advertising to those customers to renew their insurance policies with Allstate.

6. The e-mails attached hereto and marked as Exhibit "1" were created by Allstate and sent out by Allstate using my name and likeness, without my permission or consent.

7. I have had customers reach to me saying they received the emails and telling me that they were confused and thought the e-mails were sent out by me, when in fact they were sent out by Allstate.

1

8. Other customers told me they renewed with Allstate because they thought, after receiving the e-mails, that I still worked for Allstate.

9. By way of these e-mails, Allstate is seeking to mislead my customers and potential customers, as well as the public at large, into falsely thinking and believing that I am personally reaching out to them to sell Allstate auto and home insurance products when in fact it is Allstate that is reaching out and soliciting their business under false pretenses.

10. I am no longer employed or otherwise have any association with Allstate.

11. At no time has Allstate requested to use, nor did I authorize or consent to Allstate using, my likeness or name in the e-mails sent out by Allstate or in any other advertisement or solicitation.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS ___ DAY OF JANUARY 2021.

_____
Paul Wasgatt