# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

| | |
|---|---|
| PAUL WASGATT,<br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY and<br>GLENN T. SHAPIRO,<br><br>    Defendants. | Civil Action No. 4:20-cv-40118<br><br>**LOCAL RULE 16.1 CERTIFICATION** |

Defendants Allstate Insurance Company and Glenn T. Shapiro and their counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

1

| | |
|---|---|
| **DEFENDANTS ALLSTATE INSURANCE COMPANY & GLENN T. SHAPIRO**<br><br>By,<br>\_\_\_/s/ Frank Lukes_____<br>Frank Lukes<br>Allstate Insurance Company<br>2775 Sanders Road<br>Northbrook, IL 60062<br>February 23, 2021<br><br>By,<br>*[signature]*<br>Glenn T. Shapiro<br>2775 Sanders Road<br>Northbrook, IL 60062<br><br>February  24 , 2021 | ALLSTATE INSURANCE COMPANY<br>AND GLENN T. SHAPIRO<br>By their attorneys,<br><br> /s/ Brian M. Casaceli_____<br>Richard C. Van Nostrand, BBO #507900<br>Brian M. Casaceli BBO #690580<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>1800 West Park Drive \| Suite 400<br>Westborough, MA 01581-3926<br>rvannostrand@mirickoconnell.com<br>bcasaceli@mirickoconnell.com<br>Telephone: (508) 860-1453<br>Facsimile: (508) 207-9347<br><br> /s/ Robert G. Lian, Jr._____<br>Robert G. Lian, Jr. (*pro hac vice*)<br>Katherine I. Heise (*pro hac vice*)<br>Akin Gump Strauss Hauer & Feld LLP<br>2001 K Street N.W.<br>Washington, DC 20006<br>blian@akingump.com<br>kheise@akingump.com<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>ATTORNEYS FOR DEFENDANTS<br>ALLSTATE INSURANCE COMPANY<br>AND GLENN T. SHAPIRO |

**CERTIFICATE OF SERVICE**

      I, Katherine I. Heise, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 24, 2021.

                                                    /s/ Katherine I. Heise

Dated: February 24, 2021