UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Wasgatt,
          Plaintiff(s),

V.

Allstate Insurance Company, et al.,
          Defendant(s),

CIVIL ACTION

NO. <u>20-40118-TSH</u>

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Hillman, D. J.</u>

    The Court having been advised on     April 26, 2021.

that the above-entitled action has been settled.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  April 26, 2021  
    Date

/s/ Martin Castles
Deputy Clerk